# Next Insurance Application E-Signature

Customer: James Keaton Woods
Agreement Summary clicked: 4/18/2024, 2:03:04 PM



# Application Summary

It is a crime to knowingly provide false, incomplete or misleading information to an insurance company for the
purpose of defrauding the company. Penalties include imprisonment, fines and denial of insurance benefits.

State
**TN**
My business is
**Excavation and Grading**
My email is
**mccarthyinsuranceteam@gmail.com**

## About your customer

First Name
**James Keaton**
Last Name
**Woods**
Phone Number
**9312156800**
Legal business name and Doing Business As (will appear on policy):
**Woods Land Clearing and Grading, LLC**

## About your customer

Location State
**TN**
City
**Columbia**
Primary Location Address
**3206 Campbellsville Pike**
Zip code
**38401**

## About your customer

Is your mailing address the same as your business address?
**Yes**

## About the company

What best describes your business's ownership structure?

**Limited Liability Company**

## About the company

What year did you start your business?
**2022**

# General Liability

## About the locations

Does your business have more than one permanent office location?
**No**
Does your business employ any workers outside of Tennessee?
**No**

## Insurance details

Do you need a Waiver of Subrogation?
**No**

## About the business

Number of owners (members):
**2**
Number of employees (do not include owners, subcontractors, or independent contractors):
**0**

## About the business

Expected subcontractor payroll in the next 12 months:
**100000**

## About the business

Select all the activities that you or your employees perform. Do not include activities you subcontract.

Grading of Land

**Yes**

Excavation Contracting
**Yes**

## About the business

What portion of your revenue comes from the following activities:
**Yes**

## About the business

What is your expected revenue for the next 12 months?
**700000**

## About the business

Do the activities of your subcontractors include:
**No**
**\* Blasting operations**
**\* Man hole work**
**\*Work on traffic lights**
Do you accept the following requirements of this policy?
**I Accept**
**\* Any subcontractors you work with must carry coverage with limits greater than or equal to your own**
**\*You must obtain and store a certificate of insurance from each of your subcontractors listing you as an additional insured on their policy**
**\* In case of a claim related to your subcontractor, you will not be covered without this documentation**
**\*Your subcontractors must have all required licenses before performing work**

## Insurance details

Have you filed business insurance claims in the past three years?
**No**

## About the work

Do you or your employees perform any of the following activities? Do not include activities you subcontract to others.
**No**

* Blasting
* Excavation of canals or cellars
* Public street, road, or highway work
* Quarries, mining, or drilling
* Structural demolition including any use of dynamite and/or wrecking balls
* Tunneling
* Work at depths >12 feet below surface

## About the work

The following activities will be excluded from your policy. Please confirm that you acknowledge that you will not be covered for any of the following:
I Understand
* Abatement or remediation of asbestos, mold or other hazardous materials
* Repair or remediation of fire, water, mold or termite damage
* Manufacturing and/or sales to the general public of items (appliances, fixtures, supplies, millwork, cabinets, doors or windows) other than in connection with your installation, service, repair or other activities
* New homes in tracts or subdivisions of more than 10 homes (including all phases) prior to attaining a certificate of occupancy
* Work on new mobile home parks containing more than 10 spaces (including all phases)
* Apartment conversions to, or construction work involving, condominiums, town homes or time shares
* Work on railroads, gas stations, refineries, chemical plants, airports, public utilities, hospitals, nursing homes, senior housing, military housing or student dormitories
* Work that you perform under a Wrap-Up program or any operations you perform at a location at which you are covered under a Wrap-Up program
* As a general contractor, developer, construction manager or project manager: ground-up/new construction
* Any work performed while the insured is either wholly or partially submerged underwater, or when the work itself is underwater
* Blasting
* Excavation of canals or cellars
* Foundation work
* Hot application roofing
* Hotwork (welding, soldering, pipe sweating, cutting, brazing, grinding, torch down roofing, heat gun application of materials, any other open flame work and / or work requiring a hotwork permit)
* Public street, road, or highway work
* Quarries, mining, or drilling
* Structural demolition including any use of dynamite and/or wrecking balls
* Torch down roofing
* Tunneling

\* Work at depths >12 feet below surface
\* Work on trees >16 inches in diameter, >30 feet in height, or within 10 feet of a power line
\* Work on trees not done in conjunction with excavation or grading activities
Has your commercial insurance coverage been canceled, revoked, or non-renewed in the last 3 years (other than cancellation for non-payment or non-renewal for discontinuation of program)?
**No**
Has your business, or any of its officers, owners, or partners:
**No**
\* Been convicted of a felony in the past 5 years?
\* Declared bankruptcy in the past 3 years?
\* Had business-related lawsuits, mediations, or arbitrations filed against them?
\* Had loss or litigation involving poor workmanship, construction defect, water intrusion, mold, or fungi resulting from work performed by them or their subcontractors?
\* Become aware of any losses, accidents, or circumstances that might give rise to a claim against this policy?
When would you like your coverage to start?
**04/18/2024**

# Terms & conditions

You agree to the following terms and conditions:

Premium Audit
a. We will compute all premiums for this policy in accordance with our rules and rates in effect at the time.

b. The premium displayed is a deposit premium for the policy period. We reserve the right to review the details of your business at the end of your policy period. If your business has changed since you applied, we reserve the right to adjust your previous years premium up or down accordingly. This means we may refund you for excess premium paid, or that we may bill you for an increased rate to cover the increased risk of your business if such changes have occurred.

c. The Named Insured must keep records of the information we need for premium computation (generally, the information in this application), and send us copies if requested.

Annual Policy

This is an annual policy for 12 months of insurance coverage.

You accepted optional coverage for a certified act of terrorism as described  here for an annual amount of $0.

Documents

You agree to our Terms of Use and Privacy Policy.

Next Insurance acts as an agent that represents insurance companies to whom it will submit your insurance application and from whom it will procure your insurance coverage.

You agree to accept delivery of the insurance policy and related documents via email to the address provided and agree to consent in electronic transactions.

You can access your ID cards and policy document via any modern web browser on an internet connected device such as a tablet, phone, or laptop.  If you are unable to gain access to one of these devices, you are able to call Next Insurance at 1-855-222-5919 and one of our agents can provide you with a physical copy.

Premium Payment

You agree to accept delivery of the insurance policy and related documents via email to

the address provided and consent to electronic transactions.

Your premium payment does not bind coverage until the insurance carrier approves your application. In the event that the insurance carrier does not approve your application, your premium payment will be refunded.

Your insurance policy premiums are payable to Next Insurance, Inc., on a monthly basis. You will not be charged any interest, finance fee, late payment fee, or other type of finance charge. You agree that if you do not make a scheduled payment when due, we have the right to request cancellation of your insurance policy or policies. To avoid cancellation of your policy or policies, please be sure to make your monthly insurance premium payments on time.

Optional Terrorism Coverage

## Your Representations to Us

You are at least 18 years of age.

You are authorized to purchase and bind this insurance on behalf of the entity applying for coverage.

You have not had any judgments or liens placed against you in the last three years.

You authorize Next Insurance, as well as its agents and representatives, to obtain consumer reports covered under the Fair Credit Reporting Act ("FCRA") from a credit reporting agency of Next Insurance's choice. You consent to Next Insurance, from time to time, obtaining and reviewing consumer reports in order to assess the insurability, or for any permissible purpose under the FCRA, with respect to you or the company or organization you represent and/or own or operate. You understand that, pursuant to the FCRA, if any adverse action is taken based upon your consumer report, Next Insurance will alert you to this fact and send you a summary of your rights.

## [I have read & agree]

I verify the application summary and agree to be legally bound to these terms and conditions.