# EXHIBIT A

**From:** "QualDerm Partners" <email@marketing.qualderm.com>
**To:**
**Sent:** Monday, February 23, 2026 4:02:00 PM
**Subject:** RE: Notice of Data Event

Dear Valued Patient:

QualDerm Partners, LLC ("QualDerm") is writing to provide information about a recent event potentially impacting certain information relating to you. Although we are unaware of any attempted or actual misuse of your information, this notice contains additional information about the event, our investigation and response, and resources available to you to help protect your information, should you feel it appropriate to do so.

**What Happened?** On December 24, 2025, we detected unauthorized activity on certain systems within our network. We promptly took steps to contain the activity and launched an investigation, with the support of a third-party cybersecurity forensics firm. This investigation determined an unauthorized actor gained access to a limited number of systems within our network between December 23, 2025, and December 24, 2025, and removed certain information stored within those systems. We then took steps to secure this information and thoroughly review and analyze the data to determine what was present within and the patients to whom it relates.

**What Information Was Involved?** The investigation determined your name and date of birth, doctor name, medical record number, email address, medical condition or history, medical treatment information, diagnosis information, health insurance information, treatment facility, and date of service were included within this information set. **Notably, this incident did not impact your Social Security number, driver's license number, or financial account information.**

**What We Are Doing.** We at QualDerm take this event and the security of information in our care seriously. Upon learning of this incident, we moved quickly to investigate and respond to the incident, assess the security of our systems, and notify those impacted by this event. We also provided notice to federal law enforcement and required regulatory agencies. As part of our ongoing commitment to the privacy of personal information in our care, we are reviewing our existing policies and procedures regarding information security, as well.

**What You Can Do.** We encourage you to remain vigilant by reviewing account statements and Explanation of Benefits forms for suspicious activity and report all suspicious activity to the institution that issued the record. As an added precaution, we are also offering you access to twelve (12) months of complimentary credit monitoring and identity protection services through Cyberscout, a TransUnion company, at no cost to you. If you wish to activate these monitoring services, you may follow the below instructions.

**Enroll in Monitoring Services**

In response to the incident, we are providing you with access to Single Bureau Credit Monitoring/Single Bureau Credit Report/Single Bureau Credit Score/Cyber Monitoring services at no charge. These services provide you with alerts for twelve (12) months from the date of enrollment when changes occur to your credit file. This notification is sent to you the same day that the change or update takes place with the bureau. Cyber monitoring will look out for your personal data on the dark web and alert you if your personally identifiable information is found online. Finally, we are providing you with proactive fraud assistance to help with any questions that you might have or in the event that you become a victim of fraud. These services will be provided by Cyberscout, a TransUnion company specializing in fraud assistance and remediation services.

To enroll in Credit Monitoring services at no charge, please log on to https://bfs.cyberscout.com/activate and follow the instructions provided. When prompted please provide the following unique code to receive services: ██████████.

In order for you to receive the monitoring services described above, you must enroll within 90 days from the date of this letter. The enrollment requires an internet connection and e-mail account and may not be available to minors under the age of 18 years of age. Please note that when signing up for monitoring services, you may be asked to verify personal information for your own protection to confirm your identity.

**For More Information.** We understand that you may have questions about this incident that are not addressed in this notice. If you have additional questions, please call the dedicated assistance line at 1-855-522-4707, Monday through Friday from 8:00 a.m. to 8:00 p.m. Eastern time, excluding holidays. You can also write to QualDerm at the following address: 5141 Virginia Way, Suite 350, Brentwood, TN 37027.

We are committed to the confidentiality of our patients and take the privacy of personal information in our care very seriously and sincerely regret any inconvenience or concern this incident may have caused.

Sincerely,

QualDerm Partners, LLC

If you'd like to unsubscribe and stop receiving these emails [click here](#) .