# EXHIBIT 2

## Excerpts of Employee Handbook

# EMPLOYEE HANDBOOK AND COMPANY POLICIES

## Higher Tech Realty, LLC
d/b/a Mark Spain Real Estate

| | | |
|---|---|---|
| FOREWORD | | 3 |
| EMPLOYEE AND INDEPENDENT CONTRACTOR ACKNOWLEDGEMENT AND RECEIPT | | 4 |
| DIVERSITY | | 6 |
| | • Equal Employment Opportunity Statement | 6 |
| | • Anti-Harassment Policy and Complaint Procedure | 6 |
| | • Americans with Disabilities Act (ADA) & Amendments Act (ADAAA) | 8 |
| EMPLOYMENT | | 9 |
| | • Employee Classification Categories | 9 |
| | • Background and Reference Checks | 9 |
| | • Internal Transfers/Promotions | 9 |
| | • Nepotism, Employment of Relatives and Personal Relationships | 10 |
| | • Progressive Discipline | 11 |
| | • Separation of Employment | 12 |
| WORKPLACE SAFETY | | 13 |
| | • Drug-Free Workplace | 13 |
| | • Employee Assistance Program (EAP) | 13 |
| | • Workplace Bullying | 15 |
| | • Violence in the Workplace | 16 |
| | • Safety | 17 |
| | • Smoke-Free Workplace | 17 |
| WORKPLACE EXPECTATIONS | | 17 |
| | • Confidentiality | 17 |
| | • Conflicts of Interest | 21 |
| | • Outside Employment | 22 |
| | • Attendance and Punctuality | 22 |
| | • Attire and Grooming | 23 |
| | • Electronic Communication and Internet Use | 23 |
| | • Mark Spain Real Estate (Higher Tech Realty, LLC) Cyber Privacy and Protection Policy | 24 |
| | • Social Media Policy | 26 |
| | • External Communications and Media Relations | 29 |
| | • Solicitations, Distributions and Posting of Materials | 31 |
| | • Employee Personnel Files | 31 |

Case 3:26-mc-09999    Document 479-2    Filed 05/26/26    Page 2 of 10 PageID #: 23806

| | | |
|---|---|---|
| COMPENSATION | | 32 |
| • | Performance and Salary Reviews | 32 |
| • | Payment of Wages | 32 |
| • | Employee Travel and Reimbursement | 33 |
| • | TIME OFF/LEAVES OF ABSENCE | 33 |
| • | Holiday Pay | 33 |
| • | Personal Time Off (PTO) | 34 |
| • | Family and Medical Leave (FMLA) | 34 |
| • | Personal Leave of Absence | 39 |
| • | Bereavement Leave | 39 |
| • | Jury Duty | 40 |
| • | Voting Leave | 40 |
| • | Military Leave of Absence | 40 |
| • | Lactation/Breastfeeding | 40 |
| • | BENEFITS | 41 |
| • | Medical and Dental Insurance | 41 |
| • | Same-Sex Marriages, Civil Unions and Domestic Partners | 41 |
| • | Group Life Insurance | 42 |
| • | Workers' Compensation Benefits | 42 |
| • | 401(k) | 42 |
| • | Listing/Sales Files | 43 |
| • | Office Tidiness | 43 |
| • | Associates Representing HTR | 43 |
| • | Equal Opportunity | 43 |
| • | Equal Housing Opportunity | 44 |
| • | Public Image | 44 |
| • | Client and Customer Interactions | 44 |
| • | Ethics | 44 |
| Agent Section | | |
| • | Agent GREC and Board of Realtors Disclosure | 46 |
| • | Anti-Trust Compliance Policies | 48 |
| • | Fair Housing Act of 1990 | 49 |
| • | Telemarketing Guidelines | 51 |
| • | Hold Harmless Agreement | 52 |
| • | Non Discrimination Agreement | 53 |
| • | Personal Rental Property | 54 |
| • | HTR Earnest Money Procedure and Checklist | 56 |
| • | Hiring and Using Support Personnel – Task Guidelines | 59 |
| • | Media Release | 61 |

Case 3:26-mc-09999    Document 479-2    Filed 05/26/26    Page 3 of 10 PageID #: 23807

# FOREWORD

Whether you have just joined our staff or have been at Higher Tech Realty, LLC, its parent, subsidiaries and affiliates ("HTR" or "Company"), for a while, we are confident that you will find our Company a dynamic and rewarding place in which to work, and we look forward to a productive and successful association. We consider the employees of HTR to be one of its most valuable resources. This handbook has been written to serve as the guide for the employer/employee relationship and addresses independent contractors and practices in effect at the time of issuance. All previously issued handbooks, policies, benefits and practices are superseded.

There are several things to keep in mind about this handbook. First, it contains only general information and guidelines. It is not intended to be comprehensive or to address all the possible applications of, or exceptions to, the general policies and procedures described. For that reason, if you have any questions concerning eligibility for a particular benefit or the applicability of a policy or practice to you, you should address your specific questions to your department manager or the Human Resource Director. Neither this handbook nor any other Company document confers any contractual right, express or implied, to remain in the Company's employ or engagement. In addition, neither the handbook nor any other Company documentation guarantees any fixed terms and conditions of your employment. Your employment is not for any specific time and may be terminated at will with or without cause and without prior notice by the Company, or you may resign for any reason at any time. No supervisor or other representative of the Company (except the CEO and President) has the authority to enter into any agreement for employment or engagement for any specified period of time or to make any agreement contrary to the above and which must be fully signed and in writing.

The procedures, practices, policies and benefits described here may be modified or discontinued from time to time. We will try to inform you of any changes as they occur.

This handbook and the information in it should be treated as confidential. No portion of this handbook should be disclosed to others, except HTR employees and others affiliated with HTR whose knowledge of the information is required in the normal course of business.

Case 3:26-mc-09999    Document 479-2    Filed 05/26/26    Page 4 of 10 PageID #: 23808

# Safety

It is the responsibility of each employee to conduct all tasks in a safe and efficient manner complying with all local, state and federal safety and health regulations and program standards, and with any special safety concerns for use in a particular area or with a client.

Although most safety regulations are consistent throughout each department and program, each employee has the responsibility to identify and familiarize himself or herself with the emergency plan for his/her working area. Each facility shall have posted an emergency plan detailing procedures in handling emergencies such as fire, weather-related events and medical crises.

It is the responsibility of the employee to complete an Accident and Incident Report for each safety and health infraction that is committed by an employee or that the employee witnesses. Failure to report such an infraction may result in employee disciplinary action, including termination.

Furthermore, management requires that every person in the organization assume the responsibility of individual and organizational safety. Failure to follow Company safety and health guidelines or engaging in conduct that places the employee, client or Company property at risk can lead to employee disciplinary action and/or termination.

# Smoke-Free Workplace

It is the policy of HTR to prohibit smoking on all Company premises in order to provide and maintain a safe and healthy work environment for all employees. The law defines smoking as the "act of lighting, smoking or carrying a lighted or smoldering cigar, cigarette or pipe of any kind."

The smoke-free workplace policy applies to:
- All areas of Company buildings.
- All Company-sponsored off-site conferences and meetings.
- All vehicles owned or leased by the Company.
- All visitors (customers and vendors) to the Company premises.
- All contractors and consultants and/or their employees working on the Company premises.
- All employees, temporary employees and student interns.

Smoking is permitted in parking lots only.

Employees or independent contractors who violate the smoking policy will be subject to disciplinary action up to and including immediate discharge.

# Workplace Expectations

## Confidentiality

    A. Clients and other parties.

Our clients and other parties with whom we do business entrust the Company with important information relating to their businesses. It is our policy that all information considered confidential will not be disclosed to external parties or to employees without a "need to know." If an employee questions whether certain information is considered confidential, he/she should first check with

Case 3:26-mc-09999     Document 479-2     Filed 05/26/26     Page 5 of 10 PageID #: 23809

his/her immediate supervisor.

This policy is intended to alert employees to the need for discretion at all times and is not intended to inhibit normal business communications.

All inquiries from the media must be referred to Mark Spain, CEO, markspain@markspain.com.

    B. Company Data and Information.

    i. Definitions.

"Affiliates" means: (A) A person or entity that directly, or indirectly through one or more intermediaries, controls or is controlled by or is under common control with another person or entity; (B) Any entity of which a person is an officer, director, or partner or holds an equity interest or ownership position that accounts for (25%) twenty-five percent or more of the voting rights or profit interest of such entity;

"Brand" means the name "Mark Spain Real Estate" as used in the current and future business of Higher Tech Realty, LLC and any other trade names or trademarks used by the Company for business, marketing, and advertising purposes.

"Business" includes retail residential single family real estate sales and brokerage activities, representing institutional and private buyers and/or investors in identifying and negotiating purchases of single family residential real estate on behalf of such institutional and private buyers, researching, strategizing, planning marketing material and identifying media outlets, coordinating with Affiliates and third parties for purchasing media property, timely buying pursuant to media rates, budgeting and execution of purchasing media targeting current and expansion and growth markets, developing new products/services, including but not limited to, Guarantee Offer and HomeNow programs, related to the retail residential single family real estate sales, joint ventures with title companies, marketing and development of the Company, including but not limited to, the "Mark Spain Real Estate" Brand.

"Competing Business" means any Person, concern or entity which is engaged in or conducts, directly or indirectly, a business substantially the same as the Business.

"Confidential Information" means any confidential or proprietary information which is not a Trade Secret. "Confidential Information" also means nonpublic information received by Employee/Contractor which is designated as being confidential by the Company or which, under the circumstances surrounding disclosure ought to be treated as confidential by the Employee/Contractor including: (i) the confidential and proprietary information of Company or any direct or indirect subsidiary thereof which is of a special and unique nature and has tangible or intangible value and which relates to matters such as, but not limited to, information related to vendors or suppliers of Company or any direct or indirect subsidiary thereof, customers or prospects of Company or any direct or indirect subsidiary thereof, information concerning or related to the Business of Company or any direct or indirect subsidiary thereof that could be used as a competitive advantage by competitors if revealed or disclosed to such competitors or to Persons revealing or disclosing same to such competitors, or including Trade Secrets, and (ii) the confidential and proprietary information of any other Person that Company or any direct or indirect subsidiary thereof is obligated to maintain or hold as confidential, together with any and all oral and written analyses, notes, compilations, studies, interpretations, extracts or summaries which contain, reflect or are based upon, in whole or in part, any of the confidential and proprietary information described in item (i) or (ii) hereof, as well as all photos, graphics, electronic or other copies or reproductions, in whole or in part, of any of the foregoing, and the following stored in whatever medium (including electronic

or magnetic); but is not limited to, Company's data on home sales; data on foreclosure auction purchases and any information related to said purchase; foreclosure data obtained through Company's proprietary data sources; financial data; yield models; names or prospective buyers and/or sellers of residential real estate; information pertaining to transactions in process; product schematics or drawings; descriptive and advertising and marketing materials; sales, client and customer information of Company; Company's business policies or practices; Company's policy handbook, as amended, information concerning Company's business strategies or potential future business plans with current or prospective vendors, customers, clients, joint venture partners and/or affiliated marketing agreements and/or business partners; research, planning notes pertaining to and marketing material, research and targets for media outlets, agreements and terms used for coordinating with Affiliates and third parties for purchasing media property, timely buying pursuant to media rates, budgets and execution plans for purchasing media targeting current, expansion and growth markets, developing new products/services, including but not limited to, Guarantee Offer and HomeNow programs, related to the retail residential single family real estate sales information regarding Company's employee/licensee incentive programs, information received from others that Company is obligated to treat as confidential; and other materials and information of a confidential nature; provided however, that Confidential Information shall not include any Excluded Information (as defined below).

Confidential Information also includes the extraordinary and specialized training provided by Company, legal, sales and marketing forms and work product of the Company that, if disclosed, could also increase the ability of third parties to compete with the Company in the real estate investment and real estate sales business environment(s). Confidential information also shall be deemed to specifically include, but is in no way limited to, the following Company proprietary information and the creation, implementation and processes regarding:

1) Builder Referral Program;
2) Listing Agent Manual;
3) Buyer Agent Manual;
4) Listing Coordinator Manual;
5) Administrative Manual;
6) Mark Spain Marketing Plan(s)
7) Inside Sales Lead Follow Up System shall mean the specific system used by the Company to generate Leads (as defined below). This system is derived using only the Company's resources and generates information for potential Leads, potential Customers and Clients which indirectly points towards a sale or purchase of residential real estate, including, but not limited to, all contact information (email addresses, name, mobile and telephone number) of prospective buyers of residential real estate, information regarding the Leads;
8) Leads;
9) All data, names, contact information of investors, information, material, terms sheets, notes, agreements, contracts, schematics, outlines, procedures, projections used for or created during the creation of or maintenance of the Guarantee Offer and HomeNow programs, as amended.

"Excluded Information" shall mean any information which the Licensee can prove was or became generally known or available to the public (other than by reason of any violation by any Licensee, any representative of any Licensee or any other Person or other obligation of confidence).

"Material Contact" shall be defined as set forth in O.C.G.A. § 13-8-51(10), as amended.

Case 3:26-mc-09999    Document 479-2    Filed 05/26/26    Page 7 of 10 PageID #: 23811

"Lead" or "Leads" means a Person with whom contact is made with the Company deriving through the Company's resources, including but not limited to, the Inside Sales Lead Follow Up System, and related marketing strategies (including Trade Secrets) of the Company which indirectly points toward a sale or purchase of residential real estate by Persons who: (i) desire to sell or buy residential real estate, (ii) potentially desire to sell or buy residential real estate, (iii) seek or inquire about a guaranteed purchase option as offered by the Company. Lead or Leads shall also mean information generated or accumulated by the Inside Sales Lead Follow Up System, including but not limited to, such Person's name, addresses, mobile and telephone numbers, email addresses, any contact information of such Persons, the addresses for residential real estate for sale, purchase, potential sale or potential purchase and any other contact information relating to Persons identified in (i)(ii) and (iii) above. Lead(s) will be considered the Company's property and Company shall be entitled to all commission and referral fees relating to Leads as set forth in this Agreement.

"Leadership Team Member Services" means services provided by a Leadership Team Member in a management role pertaining to: (i) managing and organizing real estate agents and staff, (ii) recruiting and selecting new licensees, (iii) revenue generation, (iv) limited agent/staff contract terminations, (v) attending meetings, team and staff retention, (vi) sales forecasting, (vii) handling customer/client issues, (viii) taking responsibility for sales retention, (ix) sales forecasting, (x) Brand building, (xi) Company culture building, (xii) handling and solving customer issues and complaints, (xiii) quality control of real estate listings, (xiv) meetings with the Company's executive team, and (xv) one on one meetings with team members.

"Leadership Team Member" shall mean a key employee who engages in promoting and selling a full range services on behalf of the Company, including services related to residential real estate sales, brokerage and other related services and also performs the Leadership Team Member Services on behalf of Company.

"Legitimate Business Interest" includes, but is not limited to, Company and Affiliate Trade Secrets, preserving and maintaining the secrecy of Confidential and proprietary Information, relationships with existing customers, prospective customers, current and prospective vendors and suppliers, Leads, protection of Leads, protection of its Brand, Brand building and maintenance, goodwill protection, protecting relationships with customers, vendors, joint venture partners and affiliated marketing leads, the Company Brand, Brand building and maintenance; goodwill; Company media, preservation of loyalty of media following the Company; protecting extraordinary and specialized training provided by Company, and Brand uniqueness of the Company, including avoiding confusion with other brands, and as otherwise set forth in O.C.G.A. §13-8-51(9), as amended.

"Person" shall mean any individual, entity, organization, association or group.

"Real Estate Agent" means a licensed professional who represents buyers and sellers in real estate transactions and who is engaged by and works under a licensed real estate broker or affiliated broker.

"Territory" shall mean the states of: Georgia, North Carolina, South Carolina, Florida, Tennessee, the counties of: Baldwin, Banks, Barrow, Bartow, Butts, Carroll, Chatooga, Cherokee, Clarke, Clayton, Cobb, Coweta, Dawson, DeKalb, Douglas, Elbert, Fannin, Fayette, Floyd, Forsyth, Franklin, Fulton, Gilmer, Gordon, Greene, Gwinnett, Habersham, Hall, Haralson, Harris, Hart, Heard, Henry, Houston, Jackson, Jasper, Lamar, Lumpkin, Madison, Meriwether, Monroe, Morgan, Newton, Oconee, Oglethorpe, Paulding, Pickens, Pike, Polk, Putnam, Rabun, Rockdale, Schley, Spalding, Stephens, Taylor, Towns, Troup, Union, Upson, Walton, White, Wilkes, Orange, Lake, Osceola, Seminole, Citrus, Hernando, Hillsborough, Manatee, Pasco, Pinellas, Sarasota, Marion, Wake, Durham, Mecklenburg, Cabarrus, Gaston, Lincoln, Iredell, Rowan, Union, Chatham,

Case 3:26-mc-09999   Document 479-2   Filed 05/26/26   Page 8 of 10 PageID #: 23812

Cleveland, Cumberland, Franklin, Granville, Harnett, Hoke, Johnston, Lee, Orange, Stanly, Vance, Chester, Lancaster, York, Robertson, Sumner, Macon, Trousdale, Cheatham, Davidson, Wilson, Smith, Dickson, Williamson, Hickman, Rutherford, Cannon, Franklin and Maury, the cities of: Atlanta, Decatur, Norcross, Smyrna, Marietta, Buford, Athens, Milledgeville, Midway-Harwick, Summerville, Trion, Lyerly, Menlo, Hamilton, Waverly Hall, Shiloh, Franklin, Central Hatchee, Ephesus, Corinth, Forsyth, Culloden, Washington, Tignall, Rayle, Orlando, Tampa, Dallas, Raleigh, Charlotte, Rock Hill, Siler City, Pittsboro, Bennett, Fearrington Village, Goldston, Gulf, Moncure, Shelby, Mooresboro, Lattimore, Patterson Springs, Boiling Springs, Falston, Waco, Kingstown, Lawndale, Casar, Earl, Light Oak, Grover, Polkville, Belwood, Fayetteville, Spring Lake, Stedman, Linden, Godwin, Hope Mills, Fort Bragg, Eastover, Wade, Vander, Louisburg, Youngsville, Franklinton, Bunn, Centerville, Oxford, Creedmoor, Butner, Stem, Stovall, Lillington, Angier, Coats, Bunnlevel, Dunn, Erwin, Buies Creek, Mamers, Raeford, Dundarrach, Bowmore, Five Points, Rockfish, Silver City, Ashley Heights, Smithfield, Benson, Four Oaks, Pine Level, Archer Lodge, Clayton, Selma, Princeton, Wilson's Mills, Micro, Sanford, Broadway, Hillsborough, Carrboro, Efland, University City, Albemarle, Badin, Locust, New London, Red Cross, Stanfield, Hendersonville, Kittrell, Middleburg, South Henderson, Catawba, Clover, Fort Mill, Hickory Grove, India Hook, Lake Wylie, Lesslie, McConnells, Newport, Riverview, Rock Hill, Sharon, Smyrna, Tega Cay, York, Chester, Eureka Mill, Fort Lawn, Gayle Mill, Great Falls, Lando, Lowrys, Richburg, Lancaster, Elgin, Heath Springs, Irvin, Kershaw, Springdale, Indian Land, Lancaster, Mill, Nashville, Adams, Cross Plains, Westmoreland, Lafayette, Springfield, Graball, Coopertown, Ashland City, Hendersonville, Hartsville, Lebanon, Carthage, Charlotte, White Bluff, Pegram, Burns, Watertown, Lyles, Centerville, Franklin, Smyrna, Watterhill, Auburntown, Columbia, Eagleville, Murfreesboro and Woodbury, Winchester, Sewanee, Huntland, Sherwood, Dechard, Estill Springs, Cowan, within a twenty (20) mile radius of any principal office of the Company, any county where an office of the Company is located, the counties where Licensee was working or engaged by Company close to the time of Termination (as defined herein).

"Termination" means the cessation of engagement of Contractor/Employee for any reason.

"Trade Secret" means Company information, without regard to form, including, but not limited to, technical or non-technical data, a formula, a pattern, a compilation, a program, a device, a method, a technique, a drawing, a process, financial data, financial plans, product plans, or a list of actual or potential customers or suppliers, which is not commonly known or available to the public and which information (1) derives economic value, actual or potential, from not being generally known to, and not being readily ascertainable by proper means by, other people who can obtain economic value from its disclosure or use; and (2) is the subject of efforts that are reasonable under the circumstances to maintain it secrecy, or as otherwise defined by O.C.G.A. section 10-1-761, as amended.

1.      Protective Covenants. All Employees and Contractors understand and agree that Company has disclosed and will disclose, to him/her/it, Trade Secrets (defined herein), business and marketing methods and procedures and other Confidential Information (defined herein), without limitation, the names and locations of customers and clients, the terms of customer contracts and specifications and other items which constitute the property of Company and which enable Company to compete successfully in its Business throughout the United States and globally. Company, its successors, assigns and designees, desires to protect its Trade Secrets, Confidential Information and Legitimate Business Interest(s). Employee/Contractor acknowledges and agrees that there is no actual or potential conflict between the Employee/Contractor's family, business or financial interests and the Services being provided under this Agreement. In the event of a change in private interests during the Term of this Agreement, or any question regarding a potential conflict

Case 3:26-mc-09999    Document 479-2    Filed 05/26/26    Page 9 of 10 PageID #: 23813

of interest, Employee/Contractor will bring the facts, and/or questions to the attention of the Chief Operating Officer of the Company.

(a) <u>Protection of Trade Secrets.</u> During the term of Employee/Contractor's engagement with the Company and after its expiration or early termination, irrespective of the reason for such Termination, Employee/Contractor will not, except as expressly authorized or directed by Company in writing, use, copy, duplicate, transfer, transmit, disclose or permit any unauthorized person access to, any Trade Secrets, belonging to Company, and it Affiliates, any of Company's clients and customers, any of the Company's business partners, joint venture or affiliated marketing partners, vendors or subcontractors, or any related third party for so long as the information or material remains confidential or a Trade Secret, as applicable. Without limiting the foregoing, Employee/Contractor shall take its best efforts in preserving and protecting the Company's Trade Secrets and Confidential Information.

(b) <u>Protection of Confidential Information.</u> During the term of an Employee/Contractor's engagement with the Company and thereafter, Employee/Contractor will not, except as expressly authorized or directed by Company in writing, use, copy, duplicate, transfer, transmit, disclose or permit any unauthorized person access to, any Confidential Information, belonging to Company, any of the Company's clients and customers, any of the customer's business partners, vendors, joint venture partners or subcontractors, or any Affiliate, for so long as the information or material remains Confidential Information or a Trade Secret, as applicable.

# Conflicts of Interest

Employees must avoid any relationship or activity that might impair, or even appear to impair, their ability to make objective and fair decisions when performing their jobs. At times, an employee may be faced with situations in which business actions taken on behalf of HTR may conflict with the employee's own personal interests. Company property, information or business opportunities may not be used for personal gain.

**Conflicts of interest could arise in the following circumstances:**
- Being employed by, or acting as a consultant to, a competitor or potential competitor, supplier or contractor, regardless of the nature of the employment, while employed with HTR.
- Hiring or supervising family members or closely related persons.
- Serving as a board member for an outside commercial Company or organization.
- Owning or having a substantial interest in a competitor, supplier or contractor.
- Accepting gifts, discounts, favors or services from a customer/potential customer, competitor or supplier, unless equally available to all Company employees.

Employees with a conflict-of-interest question should seek advice from management. Before engaging in any activity, transaction or relationship that might give rise to a conflict of interest, employees must seek review from their manager or the Human Resource Director.

# Outside Employment

Employees are not permitted to engage in outside work or to hold other jobs, unless prior written consent is obtained from the Company and also subject to certain restrictions as outlined below.

Activities and conduct away from the job must not compete with, conflict with, or compromise the

Case 3:26-mc-09999     Document 479-2     Filed 05/26/26     Page 10 of 10 PageID #: 23814