# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
### NASHVILLE DIVISION

TISHANNA A. PHILLIP,          )
                                  )
      Plaintiff,          )
                                  )   Civil Action No.
v.                              )
                                  )   JURY DEMAND
NISSAN NORTH AMERICA, INC.,   )
                                  )
      Defendant.      )

## NOTICE OF REMOVAL

COMES Defendant NISSAN NORTH AMERICA, INC. ("NNA"), and, pursuant to 15 U.S.C. § 2310(d)(1)(B) and 28 U.S.C. § 1446(b), respectfully shows the Court:

## I.    BACKGROUND

On June 4, 2026, NNA was served with a Summons and Complaint, attached hereto as *Exhibit 1*, in a case styled *Tishanna A. Phillip, an individual, v. Nissan North America, Inc., a foreign profit corporation*, Civil Action No. 26C1624 in the Circuit Court for Davidson County, Tennessee.

## II.    BASIS FOR REMOVAL

The Court has subject matter jurisdiction under 15 U.S.C. § 2310(d)(1)(B) because Plaintiff brings a claim under the Magnuson Moss Warranty-Federal Trade Commission Improvements Act, 15 U.S.C. § 2301, *et seq.* (the "Magnuson Moss Act"), and seeks money damages in excess of $50,000. Specifically, Plaintiff seeks money damages of $100,000 on her state-law breach of warranty claims. (Compl. at Prayers for Relief following Paragraph Nos. 21 and 27.) The Court "may consider [a] state-law claim in computing whether the amount-in-controversy requirement is met" under the Magnuson-Moss Act. *Harnden v. Jayco, Inc.*, 496 F.3d 579, 582 (6th Cir. 2007)

1

(citing 15 U.S.C. § 2310(d)(3)(B)). Therefore, the amount in controversy is at least $100,000, well more than the $50,000 Magnuson-Moss Act jurisdictional minimum.

## II.    NNA HAS MET ALL PROCEDURAL REQUIREMENTS FOR REMOVAL

This Notice of Removal is filed within 30 days of service of the Summons and Complaint on NNA. Other than the Summons, Complaint, and an incomplete set of exhibits to the Complaint, NNA has not been served with any other pleadings or papers in this case. NNA understands that the court file in the Circuit Court for Davidson County, Tennessee, contains the Summons and Complaint, exhibits to the Summons and Complaint, a return of service on NNA, and nothing else. NNA is filing complete copies of the exhibits to the Complaint with this Notice. A true copy of this Notice is concurrently filed with the Circuit Court for Davidson County, Tennessee, as required by 28 U.S.C. §1446(d).

WHEREFORE, Defendant NISSAN NORTH AMERICA, INC., gives notice that the action now pending against it in the Circuit Court for Davidson County, Tennessee, has been removed therefrom to this Court.

Dated the 30th day of June, 2026.

Respectfully submitted,

LEWIS THOMASON, P.C.

By:/s/ Ryan N. Clark
Ryan N. Clark, B.P.R. No. 29105
1201 Demonbreun Street, Suite 1000
Nashville, Tennessee 37203
(615) 259-1366 (telephone)
(615) 259-1389 (facsimile)
rclark@lewisthomason.com

*Attorneys for Defendant*
*Nissan North America, Inc.*

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that a true and exact copy of the foregoing Notice of Removal has been served upon the counsel for the party in interest herein by United States Mail, first class postage prepaid:

Thomas P. Wall, Esq.
LEMON LAW GROUP PARTNERS, PLC
9111 Cross Park Drive, Suite D200
Knoxville, Tennessee 37923

*Attorney for Plaintiff*

Dated the 30th day of June, 2026.

/s/ Ryan N. Clark
Ryan N. Clark

3