

# D I S T R I B U T O R S H I P   C O N T R A C T

between

**Spemot AG**
Industriestrasse 70
CH 4657 Dulliken
Switzerland

(hereinafter referred as Spemot)

and

**AXISS Distribution Inc**
17800 South Main Street, Suite 109
Gardena, CA 90248
USA

(hereinafter referred as Distributor)

DISTRIBUTORSHIP CONTRACT

page 1 of 7

**EXHIBIT**

**1**



# 1    GENERAL

1.1    This Distributorship Contract consists of 7 (seven) pages.

1.2    All the listed articles, clauses and sub-clauses included in this Distributorship Contract are integral part of this Distributorship Contract.

1.3    All rights granted to Distributor are indivisible and non-transferable without the written consent of Spemot.

1.4    The following terms as used in this Distributorship Contract shall have the meaning defined below:

1.4.1    PRODUCTS shall mean all the products manufactured and/or produced and sold by Spemot AG and marked with the soulution registered brand name and/or logo mark.

1.4.2    TERRITORY shall mean the territory of USA & Canada.

1.5    This Distributor Contract completely replaces all contracts agreed upon between Spemot and Distributor regarding the distribution of PRODUCTS in the TERRITORY.

# 2    EXCLUSIVITY

2.1    Spemot gives Distributor the exclusivity to import, promote, market and sell the PRODUCTS in the TERRITORY.

2.2    Spemot commits itself to not sell any PRODUCTS in the TERRITORY, not directly nor through any other company, organisation or distributor but to the Distributor.

2.3    Distributor shall always purchase PRODUCTS exclusively from Spemot and commits itself not to purchase any PRODUCT from sources different from Spemot.

2.4    Distributor commits itself to not resell any PRODUCT to other countries and territories different from the TERRITORY defined in this Distributor Contact.

Case 3:26-mc-09999    Document 648-9    Filed 07/02/26    Page 2 of 7 PageID #: 30509



3       DEALER NETWORK

3.1     Distributor commits to establish a network – suitable to his TERRITORY - of independent dealers with physical locations to actively showcase the PRODUCTS.

3.2     Distributor commits itself to not sell any PRODUCTS on internet platforms or through discounters and brokers not directly nor through any other company, organisation or dealer.

3.3     Distributor is responsible to manage and/or regulate the business behaviour of its dealers and or retail outlets. In particular the Distributor ensures that the PRODUCT is presented in an adequate manner and environment.

3.4     Distributor will ensure that the staff concerned with the promotion and sales of PRODUCTS is suitably trained and qualified to carry out their duties in a competent manner. Distributor is in charge to train his staff as well as dealers with the specific functions, advantages and technical specifications of the PRODUCT.

4       MARKETING AND PROMOTION

4.1     Distributor commits to actively promote the PRODUCTS in TERRITORY in order to develop sales and brand recognition of soulution.

4.2     Distributor ensures appropriate coverage (advertising and editorial) in printed magazines, online magazines and other media relevant in the TERRITORY.

4.3     Distributor commits to participate and/or showcase the PRODUCTS at relevant special interest tradeshows relevant in the TERRITORY.

4.4     Spemot shall provide Distributor with available promotional material (brochures, etc.)

4.5     Distributor will share with Spemot all the relevant information related to the market, the consumers, the competitors, the distribution channels etc., with the goal of providing Spemot with information useful for developing products and/or strategies suited to the market needs.

DISTRIBUTORSHIP CONTRACT

Case 3:26-mc-09999    Document 648-9    Filed 07/02/26    Page 3 of 7 PageID #: 30510



5        INTELLECTUAL PROPERTY

5.1      All rights to the trademarks, electronic design, mechanical design, external design, label, layout, presentation etc. of the PRODUCTS shall be and remain the exclusive property of Spemot.

5.2      By using these intellectual properties, Distributor does not acquire any property right to or goodwill or other interest in such properties.

5.3      Spemot is entitled to register any of its trademarks or to protect any of its intellectual properties by patent for the TERRITORIES herein mentioned.

5.4      Distributor agrees to take all measures - as far as can reasonably be expected - that are required to assist Spemot in their efforts to maintain and preserve Spemot's rights to its intellectual properties.

5.5      All information transferred or otherwise revealed to Distributor by Spemot under this agreement, including but not limited to, engineering information, manufacturing information, technology, know-how and price books or lists, will at all times remain Spemot's property.

5.6      Distributor shall at all times hold such information confidential and shall not disclose any such information.

5.7      Upon termination of this Distributorship agreement, Distributor shall promptly return all such information to Spemot, together with any copies or reproductions thereof.

5.8      Distributor's obligations under this section shall survive any termination of the Distributorship Agreement.

6        CERTIFICATIONS

6.1      Distributor will apply for all relevant product certifications of the PRODUCTS required for TERRITORY. Distributor is responsible to initiate and manage the certification process. The cost for the certification will be covered by Distributor.

6.2      Spemot will provide the required information for the certification process.

6.3      Distributor commits to cover any claims or liabilities arising from PRODUCTS sold to TERRITORY without having the required, specific certificates.

Case 3:26-mc-09999   Document 648-9   Filed 07/02/26   Page 4 of 7 PageID #: 30511



7  TECHNICAL ASSISTANCE AND SERVICE

7.1  Distributor will provide appropriate technical assistance to the PORDUCTS.

7.2  Distributor ensures that the staff providing technical assistance is properly trained and familiar with the specific details of the PRODUCTS and is experience in assembling, disassembling of the PRODUCTS.

7.3  Spemot will ensure Distributor the best technical assistance and deliver all the required information, instructions and spare parts for the repair of the PRODUCT.

7.4  Spemot may decide at its option that a specific product requiring technical assistance has to be returned. In this case Spemot will pay for shipment cost.

7.5  PRODUCT may be returned to Spemot for repair because Distributor does not have appropriate knowhow and/or resources to provide appropriate technical assistance. In this case Distributor will pay for shipment cost.

8  PRODUCT RANGE AND TECHNICAL SPECIFICATIONS

8.1  Nothing in this Distributorship Contract shall impose Spemot an obligation not to withdraw any of the PRODUCTS from the market.

8.2  Spemot may change the technical specification of PRODUCTS if required.

8.3  Spemot will endeavor to give Distributor reasonable notice of any relevant change

DISTRIBUTORSHIP CONTRACT

Case 3:26-mc-09999    Document 648-9    Filed 07/02/26    Page 5 of 7 PageID #: 30512



9      BUSINESS PLANNING

9.1      At the beginning of each year, Distributor will provide a business plan for the coming year consisting of expected volume per product type and the approximate schedule for delivery.

9.2      Distributor commits to respect the planned schedule of order by at least 70% of its total amount of forecasted revenues.

10      PRICES AND PAYMENT

10.1      Distributor will pay the PRODUCTS in advance before the shipping. The payments are intended in Swiss Franc (CHF).

10.2      Distributor will pay the shipping and insurance costs.
All prices are intended EX-WORKS.

10.3      Distributor will choose the carrier.

10.4      Spemot is entitled to charge a risk adjusted interest rate (minimum 8% p.a.) on all open balances with the Distributor.

11      DURATION AND CANCELLATION

11.1      Unless sooner terminated as hereafter provided, this Distributorship Contract shall continue in full force and effect until December 31st 2015

11.2      Thereafter this Distributorship Contract shall automatically be renewed without further formal notices for successive periods of one (1) year each.

11.3      Both parties are entitled to cancel this Distributorship Contract at its option and with written notice before six months.

11.4      If either party does not respect and/or fulfil the rights and duties herein defined, the other party is entitled to cancel this Distributorship Contract with written notice before one month.

11.5      Distributor shall not be entitled to any claim or compensation whatsoever by reason or on occasion of the expiration, termination or not-renewal of this Distributorship Contract.

Case 3:26-mc-09999     Document 648-9     Filed 07/02/26     Page 6 of 7 PageID #: 30513



soulution
nature of sound

12      VARIOUS

12.1    This Distributorship Contract shall, in all respects, be subject to substantive Swiss law.

12.2    The parties hereto expressly agree that any dispute arising of or in connection with this Distributorship Contract shall be submitted to the exclusive jurisdiction of the Courts of Solothurn, Switzerland.

20.09.2012

AXISS Distribution Inc                    Spemot AG

_____            _____
Arturo Manzano                             Cyrill Hammer

_____            _____
(authorised signature)                     Roland Manz

Case 3:26-mc-09999    Document 648-9    Filed 07/02/26    Page 7 of 7 PageID #: 30514