

**EXHIBIT 3**

**Replies to 7/31/25 Posting:**



◆ Top fan
**Tom Rade**
So many donkeys, so little time

46w



✏ Author
**The GREEK Audio Geek - Audiophile Adventures**
Tom Rade Yeah. In this case - which I will not talk about publicly - it's pretty shocking behavior by the distributor and manufacturer. Even in my jaded world it's like they took extra-stupid pills.

46w                                                                                           1 👍



◆ Top fan
**Mark Ajh**
That is a mantra for life !!!

46w



✏ Author
**The GREEK Audio Geek - Audiophile Adventures**
Mark Ajh For sure. But sometimes people are so extra-stupid in how they handle things is mind-numbing.

46w