

This really caught my attention today. 👀... **See more**



This really caught my attention today. 👀

**TUBE INDUSTRY RAISING THE BAR!**

**BETTER STEWARDSHIP. BETTER EDUCATION. BETTER SOUND.**

THIS IS HOW WE MAKE TUBES GREAT AGAIN. 🔥

**EXHIBIT 6**