**The GREEK Audio Geek - Audiophile Adventures**
February 9 · ⚙

This really caught my attention today. 👀

Seeing a respected tube manufacturer publicly raise the bar for how their products are represented and supported tells me something important is shifting in our industry.

For years, too many great tube brands have been held back by poor distribution, weak education, and a race to the bottom mentality.

I'm genuinely excited to see tube companies start expecting more from their distributors—more care, more knowledge, more respect for the craft and the listener.

That's how you protect legacy brands, honor the engineers who created these designs, and keep tube audio moving forward in the right direction.

Better stewardship. Better education. Better sound.

This is how we make tubes great again. 🔥 🎶

Well done, Airtight.

--

#hifiaudio #hifi #audiosystem #Audiophile #amplifier #tubeamp #stereo #vintageaudio #HomeAudio #highendaudio #vinylrecords #speakers See less

**EXHIBIT**

**7**