

THE FORUM FOR THE BEST OF EVERYTHING

## WHAT'S BEST FORUM



🔍 Search…

VIDEOS    **FORUMS**    PROMOTED THREADS    SPONSORS    CLASSIFIE ⌗ AXISS Audio USA ✉ 🔔

**New posts**    **Latest activity**    **Find threads** ▾    **Watched** ▾    **Search forums**    **Mark forums read**

WBF INFORMATION CHANNEL          NEWSLETTER          EXPERT FORUM          MEMBERS GALLERY

https://www.whatsbestforum.com/threads/soulution-717-amplifier-my-actual-experience.42040/

EXHIBIT 9



# Soulution 717 Amplifier: My actual experience

👤 pk_LA · 🕐 Feb 15, 2026 · 🏷️ None

📝 **Reply**

Forums ＞ Our Favorite Technology & Audio Forums ＞ Power Amplifiers and Preamplifiers Forum

Watch

👥 **Members online**

### P

**pk_LA**

VIP/Donor

Feb 15, 2026　　　🔗 🔖 #1

I have read and watched several stories about the new-ish Soulution 717s that reference my experience. Most of it is inaccurate. It's unfortunate and unfair. As such, I feel it makes sense to just outline

what actually did happen.

AXISS Audio USA, dgale, carolus, andromedaaudio, r3f3r3e, Jackey Huang, micro13, HeavyD, Massimo66, Another Johnson, MattK, Mike Lavigne, unboxed, Dvuc, DaveC, admin1959, shaylin, max1, Stbo, The Prof, SantaClaus, oldvinyl, RCanelas, sonrock, mendozaline, f.demello, ticktock, octaviars, Slingblade, Sascha,

showa, Gatonn, mikem, MusicFellow, VPN,




John T, ci1952, U47, fbhifi, sbnx, Brianbonf, MarkusBarkus, Vorsanteri, iaxel, CKKeung, Kvali1, Whbgarrett
... and 6 more.

Total: 637 (members: 56, guests: 581)

Before starting, some disclosures are in order! I do not have an industry affiliation. There is no quid-pro-quo or other weirdness around me sharing the experience. Finally, I am not getting an accommodation or like discount. I buy gear as a regular consumer. I don't pay retail! But the discounts I get are per transaction and in the same range as any Joe coming in off the street. With that, here's my experience.

Shortly after the Soulution 717s were announced, I ordered a pair along with the Soulution 727. I was told that they would arrive around the end of the year. I did get the 727 quite quickly but the 717s did not arrive as indicated. Instead they got delayed several times. I was frustrated. Very frustrated. Along the way, my dealer and the distributor were very supportive. They even setup a Zoom call with Cyril so I could hear for myself where things stood.

Fast forward to July, 2024 and I received a pair of 717s. They were, to my understanding, the very first pair sent out - they were serial numbers 003 and 004! Upon getting the amps I dutifully connected them and powered them on.

With the amplifiers in place and working I was quite happy. In fact, they were, without question, the best amplifiers these ears had ever heard. (more on that later) I listened for several hours at reasonable SPL. While happily listening I noticed that the high frequency dropped out. I

Case 3:26-mc-09999     Document 648-17     Filed 07/02/26     Page 3 of 23 PageID #: 30553

popped my head up from my laptop and investigated. The tweeters on my speakers had blown. Additionally, there was a 'High Frequency Error' on the amps. I was frustrated, to say the least. I contacted my dealer. He assured me that we would get it all sorted.

At this point, 'sorted' for me was simple - I wanted the Soulution gear out. I had waited months and then this?! Nope, not for me. The following week I got on a call with the dealer, Axiss and Cyril to discuss. Everyone wanted to understand the situation. They were all just trying to understand and figure out the next best steps. We decided that the dealer and reps from Axiss would come to my home in-person to pick the amps up.

About a week later, my dealer and two principles from Axiss visited. They picked up the gear and looked at my system. They endeavored to be accommodating. Axiss offered to send me amps so I would be back up and running with minimal disruption. I refused - I just wanted a refund. I was pretty upset.

In the days afterwards, Axiss analyzed the amps and even setup a near replica of my system back at their HQ. They were very transparent. As for the situation where the tweeters blew, they were not able to find anything. And I believe them.

In the coming days I settled a return with my dealer and Axiss. Frustrated as I was, I came to very much respect the people at Axiss. For what

it's worth, I give them my highest recommendation! I would deal with them again without hesitation.

As for what it was that caused my tweeters to blow, I do not know. Further, I do not believe that Axiss knows either.

Finally, a note on the sonics. The 727 + 717s in mono were incredible. Admittedly I have only a few hours experience. But, that combo was incredible. I was talking to a very highly respected manufacturer about them. He cut me off and replied, "...I think they're the best amplifiers in the industry! And not by a small margin..." The bass definition AND drive was better than I have EVER heard. Note, I have had Boulder 3060s, Burmester 159s, etc in my system - they were that good. The midrange was perfect to my ears - a balance of air, macro- and micro-clarity, density and warmth - they are slightly warm of neutral. So, why don't I have them if I think so highly of them? For me, the hobby is about a few things and not ONLY sonics. I did not want to be reminded of the drama every time I looked at them plus I did not know how long it would take to definitely iron out the kinks. So, I looked far and wide. I auditioned a lot amps regardless of cost as I outlined in another thread. In the end I bought Goldmund Telos 4800s and I am very happy with them. They did, however, cost a tick more than the Soulutions. I mention that only to say that it took a bit to match those 717s!

Azguang, guitardave, jdza and 11 others

others

⊘ Report          👍 Like     ↩ Reply

---



**abeidrov**
VIP Donor

⌄

Feb 16, 2026          ⤴ 🔖     #2

Thank you for the informative report. What bothers me is the fact that Soulution has not been able to determine the root cause of the blown tweeters issue. I would like to try Soulution amps in my system, but now I am worried. In my case, due to the complicated logistics, if something happens to the speakers, most likely I'll have to ship them to Germany for repairs. That will probably take 6 to 9 months and would be very costly.
Do you know if it was just one off case specific to the 717 amp or have there been similar cases with other Soulution amplifiers?

---

Analog: Techdas AF3P, 4Point, Air Tight Opus-1, CH Precision P1
Digital: Aurender N30SA, Lampizator GG2
CH Precision L1, Gryphon Mephisto Stereo
Zellaton Stage Klassik

pk_LA

⊘ Report          👍 Like     ↩ Reply

---

Feb 16, 2026

Case 3:26-mc-09999     Document 648-17     Filed 07/02/26     Page 6 of 23 PageID #: 30556



**rob**
Well-Known
Member

Feb 16, 2026                    #3

Sorry to hear how things played out, especially considering you loved the sound.

I have heard similar from within the industry. Your experience is certainly not unique.

Hopefully the issues will be rectified and a solution found, moving forward for the brand.

pk_LA

⊘ Report                    👍 Like        ↩ Reply

Feb 16, 2026

Case 3:26-mc-09999        Document 648-17        Filed 07/02/26        Page 7 of 23 PageID #: 30557



Feb 16, 2026                              #4

**pk_LA**
VIP/Donor

> abeidrov said: ⬆
>
> Thank you for the informative report.
> What bothers me is the fact that Soulution has not been able to determine the root cause of the blown tweeters issue. I would like to try Soulution amps in my system, but now I am worried. In

My understanding is that the first batch of 717s did, indeed, have something that required an adjustment - I want to be a little careful here so as not to make an incorrect statement. I say that because, to my knowledge, they never determined what caused my tweeter failure.

My recommendation is to call Axiss directly and talk to them - it seemed that they work pretty closely with Cyril/Soulution

⊘ Report                👍 Like      ↩ Reply

---



**marty**
Well-Known
Member

Feb 16, 2026                              #5

My frustration with Soulution pre-dates yours by a significant amount. I had the misfortune of blowing up 3 Soulution 701 amps within 6 months. That terrible experience was detailed here (post#70):



Case 3:26-mc-09999     Document 648-17     Filed 07/02/26     Page 8 of 23 PageID #: 30558

Alexx v arrive in NJ

How do u measure listening distance? To each ear? Center of head? Seat back? From were on speaker? How can the dealer do a finished install when speakers aren't broken?

www.whatsbestforum.com

Sadly, I'm not surprised by your experience with the 717's. They were obviously released prematurely, but you'll never find any comments as to why from the manufacturer, or from the Soulution whisperer, Jon Valin, that acknowledges such a fatal flaw in any of their products. Perhaps most surprising is that despite my misfortune with the 701 amp monoblocs, I purchased their 727 preamp to replace my 725 and find its performance and reliability to be exceptional to date. However, a recent member experienced failure with his 727 recently and as far as I know has not received a satisfactory explanation for its failure. To me, that's a real concern. I understand that failure occurs in all gear. But when it occurs in gear that costs, 5 and 6 figures, and is experienced by more than one customer in more than 1 product, that should warrant genuine concern and a mea culpa from the manufacturer. (What we often get from the manufacturer however is "it's not our fault- it's something wrong with your system"!)

When episodes like this occur, I can't help but pull out the bumper stickers from my drawer that I made many years go that say "Shoulda bought

Bose"!

mtemur

⊘ Report          👍 Like      ↩ Reply

Case 3:26-mc-09999     Document 648-17     Filed 07/02/26     Page 10 of 23 PageID #: 30560



**pk_LA**

VIP/Donor

Feb 16, 2026     #6

> **marty said:** ⬆
>
> My frustration with Soulution pre-dates yours by a significant amount. I had the misfortune of blowing up 3 Soulution 701 amps within 6 months. That terrible
>
> Click to expand...

I wish you could have heard them when they were here, Marty. The system was Horizon 360->Soul 727->Soul 717 x 2->Rockport Lyra. It was a wow. Really.

Oh! And let's just be honest with ourselves! All of this six figure stuff is utter madness. Every time guests see my system there is a well deserved look of judgment that comes.

I think you heard it here - maybe not. But I have a top-flight Marantz in-wall setup throughout the house powered by amps in the network racks. It sounds pretty good! Maybe not quite Bose, but pretty good. It often makes me question my involvement in this hobby. I look at the hobby a little like crime or drug addiction - what's one more [piece of kit] given how deep-in I am now?

Last edited: Feb 16, 2026

fbhifi and dbeau

⊘ Report      👍 Like   ↩ Reply

Feb 16, 2026

Case 3:26-mc-09999    Document 648-17    Filed 07/02/26    Page 11 of 23 PageID #: 30561



Feb 16, 2026                    ⤳  🔖      #7

**Holli82**
Well-Known
Member

⌄

> **pk_LA said:** ⬆
>
> Oh! And let's just be honest with ourselves! All of this six figure stuff is utter madness. Every time guests see my system there is a well deserved look of judgment that comes.

I try not to judge people who buy expensive cars, art, watches, jewelry, boats etc. I guess it all evens out.

Sorry to hear about your experience.

---

**Speakers**: Von Schweikert Ultra 9
**Amplifier**: VAC Statement 450S iq **Pre amp**: VAC Master Line Stage **Phono amp**: VAC Renaissance Special Edition
**Digital**: Aurender N30SA /Aurender ACS 10 **DAC**: Lampizator Aphrodite
**Interconnects**: Masterbuilt Ultra
**Speaker Cables**: Masterbuilt Ultra
**Power Cords:** Masterbuilt Ultra
**Racks**: Critical Mass/Audio Vault
**Footers**: CMS Center Stage II

---

⊘ Report                    👍 Like    ↩ Reply

Feb 16, 2026

Case 3:26-mc-09999     Document 648-17     Filed 07/02/26     Page 12 of 23 PageID #: 30562



**SoupRKnowva**
Well-Known
Member

∨

Feb 16, 2026                    #8

Did they get the tweeters on your Lyras repaired as well?

Sorry to hear about this though, it really sucks when you pay so much, wait so long, and then something goes wrong, but as you said, it seems like the dealer really went above and beyond to take care of you

My Room: ultraRendu -> Mega Scaler -> opto-dx -> Dave -> Buckeye Amps Purifi 1ET9040BA monoblocks -> Evolution Acoustics MM2
last.fm - music preferences: metal of all sub-genres, but mostly deathcore, technical death metal and progressive metal these days. K-pop and western pop. Some rock.

   mtemur

⊘ Report                    👍 Like      ↩ Reply

Feb 17, 2026



Feb 17, 2026　　　　　　　　⚹　🔖　　#9

**bonzo75**
Member Sponsor

⌄

> **abeidrov said:** ⬆
>
> Thank you for the informative report.
> What bothers me is the fact that Soulution has not been able to determine the root cause of the blown tweeters issue. I would like to try Soulution amps in my system, but now I am worried. In

My friend whose Soulution 720 I always liked had it sent for repair for almost two years. That time his dealer left the 725 as replacement. The 720 did come back and we always preferred that (think Shakti said the same), but if it hadn't been for the dealer he would have been left without one for two years

---

**Audition recordings**: Zero Distortion Link; **Reference Components**: Zero Distortion Link; **Own**: Lampi GG, Allaerts, DaVa field coil reference with tube PSU, One pair of Altec 802g drivers for the top half of the Altec 817 speaker, with two pairs of Altec 515B 15 inch woofers. Also TAD 4003, **One-day-to-build** Altec 817 dual woofer Front loaded horn (FLH) **Analog shortlist**: Schopper TD124,/ST ST Motus II, Brinkmann balance with arm suited for DaVa, plus mono : . **Phono Shortlist**: Allnic H7000 with RK 5u4g recti, Thrax, Misho (Audio Antiquary). All-out choice - Allnic H8000.

⊘ Report　　　　👍 Like　　↩ Reply

Feb 17, 2026

Case 3:26-mc-09999　　Document 648-17　　Filed 07/02/26　　Page 14 of 23 PageID #: 30564



Feb 17, 2026                    #10

**abeidrov**
VIP Donor

> **bonzo75 said:** ⊕
>
> My friend whose Soulution 720 I always liked had it sent for repair for almost two years. That time his dealer left the 725 as replacement. The 720 did come back and we always preferred that (think Shakti said the same), but if it hadn't been for the dealer

It's one thing when your amp breaks down. You can always find a temporary replacement or buy another one if you have to. It's another thing entirely when your amp damages your speakers for an unknown reason, and you have to repair them. BTW, with WA I was quite confident I could repair them within a reasonable time frame and at a reasonable cost. With Zellatons, I have no idea how to repair them and how much it would cost.

Last edited: Feb 17, 2026

Analog: Techdas AF3P, 4Point, Air Tight Opus-1, CH Precision P1
Digital: Aurender N30SA, Lampizator GG2
CH Precision L1, Gryphon Mephisto Stereo
Zellaton Stage Klassik

⊘ Report          👍 Like      ↩ Reply

Feb 17, 2026

Case 3:26-mc-09999    Document 648-17    Filed 07/02/26    Page 15 of 23 PageID #: 30565



Feb 17, 2026 #11

**pk_LA**
VIP/Donor

>
> [SoupRKnowva said:](#) ↑
>
> Did they get the tweeters on your Lyras repaired as well?
>
> Sorry to hear about this though, it really sucks when you pay so much, wait so long, and then something goes wrong, but as you said, it seems like the dealer

I worked with Rockport and my dealer (different one than the Soulution dealer) on repairing the tweeters. Rockport, by the way, are a fantastic group of people.

Last edited: Feb 17, 2026

rob and SoupRKnowva

⊘ Report          👍 Like     ↩ Reply



**thedudeabides**
Well-Known Member

Feb 17, 2026 #12

Wow. Are you saying Soulution did not take responsibility for the speaker damage? And their dealer was unwilling to resolve the issue including cost to help repair the speaker?

Last edited: Feb 17, 2026

KEF LSX II LT's. IDAGIO

⊘ Report          👍 Like     ↩ Reply

Feb 18, 2026

Case 3:26-mc-09999     Document 648-17     Filed 07/02/26     Page 16 of 23 PageID #: 30566

Feb 18, 2026                  #13

And meanwhile Soulution was expanding their product line with a turntable? Who wants to be first on that train?

**Ricky64**
Well-Known Member

*Grimm Mu1-->MMT-->Accuphase C3900-->Gryphon Essence-->Rockport Lynx Tara 0.8 Cabling Tara Cobalt Power cords*
*Yes, I had Bose 601 series 1 as a teen and loved them. The original Boom Box Boulder, CO*

⊘ Report          👍 Like      ↩ Reply



Feb 18, 2026                  #14

I think it's fair to be a bit skeptical. But, I also think that such skepticism applies to any new release in high-end audio. These products are made by very small companies with very small staff sizes. As such, the level of testing is inherently limited. For me, the real question is this: What is the support structure around the product from dealer to distributor to manufacturer? That, ultimately, is what matters very much, in my eyes.

**pk_LA**
VIP/Donor

fbhifi, Satori HiFi, Perfect sense Audio and 6 others

⊘ Report          👍 Like      ↩ Reply

Case 3:26-mc-09999     Document 648-17     Filed 07/02/26     Page 17 of 23 PageID #: 30567



**thedudeabides**
Well-Known
Member

⌄

Mar 12, 2026                    ⌁   🔖   #15

> **pk_LA said:** ⬆
>
> I think it's fair to be a bit skeptical. But, I also think that such skepticism applies to any new release in high-end audio.

Makes sense to me. That's why one pays top dollar for the price of entry and the first "on the block" to own the latest product. And, in some cases, to be a beta tester for a manufacturer that should not have released the product for purchase in the first place due to inadequate quality control testing. Reminds me of the constant top shelf Tandberg cassette deck transport failures. Sorry but very flawed logic in my view.

Last edited: Mar 12, 2026

KEF LSX II LT's. IDAGIO

⊙ Report                    👍 Like    ↩ Reply

---

**mtemur**
Well-Known
Member

⌄

Mar 24, 2026                    ⌁   🔖   #16

Soulution has a fame for breaking down. In my opinion the new Soulition amps are as reliable and long lasting as a pensioner's erection. The metaphor is from Top Gear.

engadin and slowGEEZR

⊙ Report                    👍 Like    ↩ Reply

Mar 24, 2026

Mar 24, 2026  #17

**PLF**
Well-Known
Member

⌄

> mtemur said: ⬆
>
> Soulution has a fame for breaking down. In my opinion the new Soulition amps are as reliable and long lasting as a pensioner's erection. The metaphor is from Top Gear.

Fortunately neither in my experience nor of my friends.

Wadax Studio -> Goldmund Mimesis Reference -> Soulution 717 -> Zellaton Reference Ultra. Cables, distribution & switch: Ansuz DTC3, DTC 2 and D2. Finite Elemente Pagode rack. ASI resonators.

⊘ Report          👍 Like    ↩ Reply



Mar 25, 2026  #18

**NZS**
Well-Known
Member

⌄

> mtemur said: ⬆
>
> Soulution amps are as reliable and long lasting as a pensioner's erection.

Maybe **NiAGRA** is the solution here?

audionerd, brianehrlich, engadin and 7 others

⊘ Report          👍 Like    ↩ Reply

May 30, 2026  #19

There are very few Manufacturers more involved in end user satisfaction as is Cyrill Hammer and

Soulution … These components are

Case 3:26-mc-09999    Document 648-17    Filed 07/02/26    Page 19 of 23 PageID #: 30569

**Colekat**
Well-Known
Member



mixed and matched with countless combinations of accessories and ancillary components … including the " Grid " … no matter how many or how good the power conditioners or surge protection devices we implement into our systems , the physics of what happens at " lightspeed " is not always revealed … no matter the forensics that go into finding the answer .

I'm not making excuses for anyone or anything here , but we all know what we are getting into !

And Patrick's testimony is not singular or prone to Soulution alone … but it is absolutely a stand-up testimony of character on Patricks part for even spending a moment to explain his situation , I believe most people would just trash the shit out of Soulution because it is more the normal reaction … especially when things don't go our way !

I know we all chime in of the absolutes of our great systems we all figured out along the expensive journey of " audiodom " … and protect our decisions like they are our children … but thankfully we dont move on from our children like we do when the next best audio thing arrives … although they can be pains in the ass too … BUT shit happens !

This is all trial and error … we all should beware the cost of dabbling in these waters … these are costly depreciative choices we make usually without even auditioning the components . We put pressure on the dealers , who put pressure on the

Case 3:26-mc-09999    Document 648-17    Filed 07/02/26    Page 20 of 23 PageID #: 30570

distributors , who put pressure on the manufacturers , who have exhausted their bank accounts getting this stuff into our listening rooms … sometimes too soon to know what happens in all situations possible … But isnt the effort that goes into making it right is as important as is the component itself !

And finally , to end this rant … Who's sensibilities haven't coursed with our judgement when making these bankwires … Patrick , I also have a modest system which I actually listen to much more than the $1M system that sits in my reference room .

… But the moments in that reference room can be incredibly pleasurable … and life is short !

Slingblade, metei, Arewethereyet and 4 others

⊘ Report          👍 Like     ↩ Reply

Case 3:26-mc-09999     Document 648-17     Filed 07/02/26     Page 21 of 23 PageID #: 30571



Share: 

Forums  >  Our Favorite Technology & Audio Forums  >  Power Amplifiers and Preamplifiers Forum

📄 About us

What's Best Forum is THE forum for high end audio, product reviews, advice and sharing experiences on the best of everything else. This is THE place where audiophiles and audio companies discuss vintage, contemporary and new audio products, music servers, music streamers, computer audio, digital-to-analog converters, turntables, phono stages, cartridges, reel-to-reel tape machines, speakers, headphones and tube and solid-state amplification. Founded in 2010 What's Best Forum invites intelligent and courteous people of all interests and backgrounds to describe and discuss the best of everything. From beginners to life-long hobbyists to industry professionals, we enjoy learning about new

Quick Navigation

Home

Forums

Contact Us

things and meeting new people, and participating in
spirited debates.

## ⚇ User Menu

Profile

Account Details

News Feed

Log Out

Contact us   Terms of Service   Privacy policy   Help   Sitemap   Home   ↑   ⌁

 Steve Williams
Site Founder | Site Owner |
Administrator

 Ron Resnick
Site Owner | Administrator

 Jules (The Fixer)
Website Build | Marketing
Manager**sing**

Case 3:26-mc-09999    Document 648-17    Filed 07/02/26    Page 23 of 23 PageID #: 30573