Kaveh Vali Unsubstantiated story? The owner went public and it's openly posted. Oh, and I just received a picture of ANOTHER 717 failure yesterday. Plus, were you smart enough to read the other people who posted on this with issues as well or did you ignore that because it doesn't fit your agenda? No shills - my issue is shit business people. Clliff Duffy at Axiss CHOSE to NOT REFUND the owner of the new gear that damaged the Rockports all his money back. The owner had to threaten to sue at the dinner table he took them to and at that only got SOME of his money back. Ask Cliff about the admission he made at that dinner regarding the known quality of parts used in Soulution. Ask Cliff why he didn't refund the buyer 100% of his money after the near immediate failure. Any other reputable company would have immediately. I don't work for anyone. I don't get paid to be shills like Ron does. You're agenda is clear as day - mine is based on people like you trying to hide the facts. Edited to add: I just looked at your profile and I can see wh 🙄 reality is easily ignored.

reply...

Case 3:26-mc-09999    Document 648-20    Filed 07/02/26    Page 1 of 1 PageID #

EXHIBIT

12