

**The GREEK Audio Geek - Audiophile Adventures**
1h · ⚙

Question of the day for the audiophiles out there...

What is the WORST speaker you've ever heard at ANY price point?

For me?
The Gauder Acoustic speaker.

Absolutely lifeless, emotionally disconnected, and one of those rare moments where I kept waiting for the "magic" to show up... and it never did.

I heard it in my room and on three other occasions – I never had a positive impression of it in any way.

Oh, and yesterday morning I received THIS photo from TWO different distributors supposedly showing yet ANOTHER Soulution 717 failure that they say happened yesterday to a Swiss dealers customer (one was the actual distributor who sent the pic). I was told his customer is PISSED.

This isn't about mud slinging. It's about honest discussion in a hobby where too many people are afraid to speak openly because of distributor intimidation tactics (you know who you are and I stand by my text to you yesterday) and paid forum owners attacking the people telling the truth.

**EXHIBIT 13**

And let's be honest - things happen. Gear breaks. However when something so expensive fails within a day of receiving it (and damages other gear), an honest reputable distributor would simply apologize and return 100% of the purchase price to the victim. It's a shame when that doesn't happen and that may need to be a post for another day as that owner is STILL pissed about not being made whole...

So let's hear it:

- Worst speaker you've ever heard?
- Most overpriced piece of gear you've owned or auditioned?
- Have you experienced reliability issues with ultra high-end gear?

No wrong answers.
Just real-world HONEST experiences from real audiophiles.

And to the distributor trying to intimidate me - not a smart move. You need to spend more time taking care of your customers and less time trying to pretend it's not an issue.

KEEPING HIFI REAL.

#hifiaudio #HiFi #audiosystem #audiophile #audio #speakers #highendaudio #amplifier #highfidelity See less