**UNITED STATES DISTRICT COURT FOR THE**
**MIDDLE DISTRICT OF TENNEESSE**

LUCIO DE PAZ FLORES

Petitioner,

v.

MARKWAYNE MULLIN, in his Official Capacity, Secretary of the U.S. Department of Homeland Security;

TODD BLANCHE, in his Official Capacity, Acting Attorney General of the United States;

DAVID J. VENTURELLA, Director for Enforcement and Removal Operations, U.S. Immigration and Customs Enforcement

SCOTT LADWIG, in his Official Capacity as Acting Field Office Director for Enforcement and Removal Operations, U.S. Immigration and Customs Enforcement Covering Nashville Tennessee

JERRY SCOTT, Administrator for the Sumner County Jail in Gallatin, Tennessee

BRADEN H. BOUCEK, U.S. Attorney for the U.S. District Court for the Middle District of Tennessee.

Respondents.

**Case No**. 3:26-mc-09999

Judge: Hon. ___________________________
Magistrate Judge: _______________________

No request for jury trial
No request for oral argument

**PROPOSED ORDER FOR EMERGENCY MOTION FOR TEMPORARY RESTRIANING ORDER**

**PROPOSED ORDER FOR EMERGENCY MOTION FOR TEMPORARY RESTRIANING ORDER**

**PROPOSED ORDER**

AND NOW, this ___ day of __________, 2026, upon consideration of Petitioner's EMERGENCY MOTION FOR TEMPORARY RESTRIANING ORDER, it is hereby ORDERED as follows:

1. Enjoin the Respondents from transferring the Petitioner outside of this honorable District Court and/or the Sixth Circuit Court jurisdiction, specifically the Middle District of Tennessee;
2. Direct Respondents to request a bond hearing for Petitioner with the Memphis Immigration Court.
3. Direct Respondents to File a Notice to Appear for Petitioner with the Memphis Immigration Court.
4. Facilitate immediate, confidential attorney-client communication.
5. Grant any further orders deem necessary considering the circumstance

This Order shall remain in effect pending further order of the Court.

IT IS SO ORDERED.

Hon. Judge___________________________